IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DARREN BROWNLEE, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Case No. 1:20-CV-00450-HAB-SLC |
| KYOCERA SGS PRECISION TOOLS, INC., | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and respectfully file this joint stipulation of dismissal of the above captioned matter, with prejudice, each party bearing his or its own attorneys' fees and costs.

Respectfully submitted,

**VEGELER LAW OFFICE LLC**      **FROST BROWN TODD LLC**

By: */s/Robert Owen Vegeler (w/permission)*
    Robert Owen Vegeler (#947-02)
    110 West Berry Street, Suite 1200
    Fort Wayne, Indiana 46802
    Ph:   (260) 407-6160
    Fax:  (260) 407-6161
    robert@vegelerlaw.com

    Counsel for Plaintiff

By: */s/ Toni M. Everton*
    Rebecca L. Loeffler (#25498-75)
    Toni M. Everton (#23916-49)
    201 North Illinois Street, Suite 1900
    P.O. Box 44961
    Indianapolis, IN  46244-0961
    Ph:   (317) 237-3800
    Fax:  (317) 237-3900
    rloeffler@fbtlaw.com
    teverton@fbtlaw.com

    Counsel for Defendant